# Third District Court of Appeal

## State of Florida

Opinion filed May 26, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-136
Lower Tribunal Nos. 18-16265 CC, 20-119 AP
_____

**Express Damage Restoration, LLC, etc.,**
Appellant,

vs.

**Citizens Property Insurance Corporation,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Myriam Lehr, Judge.

The Diener Firm, P.A., and Erik D. Diener (Plantation), for appellant.

Vernis & Bowling of Broward, P.A., and Carlton A. Bober and Aron Rudman (Hollywood), for appellee.

Before EMAS, C.J., and HENDON and MILLER, JJ.

PER CURIAM.

Affirmed. See Express Damage Restoration, LLC, v. Citizens Prop.

Ins. Corp., No. 3D21-141, 2021 WL 1773492 (Fla. 3d DCA May 5, 2021).